**Harry WARDMAN and Thomas P. Bones, Appellants, v. Walter S. HUTCHINS, Appellee.**

**No. 5608.**

Court of Appeals of District of Columbia.

Argued Jan. 4, 1933.

Decided Feb. 6, 1933.

PER CURIAM.

The decision in this case depends upon and is controlled by the decision in 62 App. D. C. 13, 63 F.(2d) 892, and it therefore follows that the judgment in this case should be, and likewise is, affirmed.

Affirmed.